IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINTON CARLSON,
*on behalf of himself and all others similarly situated,*

    Plaintiff,                                   Case No. 19-cv-181-jdp

    v.

PATRICK K. WILLIS COMPANY, INC.
and SEAN SASVILLE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Patrick K. Willis Company, Inc. and Sean Sasville against plaintiff Quinton Carlson dismissing this case.

  s/ K. Frederickson, Deputy Clerk                 November 18, 2019
    Peter Oppeneer, Clerk of Court                      Date